```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
CAPITAL2MARKET CONSULTING, LLC,         :
                                        :
                     Plaintiff,         :
                                        :         ORDER
     - against -                        :
                                        :
CAMSTON WRATHER, LLC,                   :    22 Civ. 7787 (VM)
                                        :
                     Defendant.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Clerk of the Court is hereby directed to reject the filing of Defendant's fully briefed motion. (<u>See</u> Dkt. No. 7.) The parties are directed to comply with the premotion provision, II.B., of the Court's Individual Practices.

Dated:   September 23, 2022
         New York, New York

_____
Victor Marrero
U.S.D.J.