```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
CAPITAL2MARKET CONSULTING, LLC,       :
                                      :
                Plaintiff,            :
                                      :          ORDER
     - against -                      :
                                      :
CAMSTON WRATHER, LLC,                 :     22 Civ. 7787 (VM)
                                      :
                Defendant.            :
--------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    Defendant is hereby directed to respond to plaintiff's premotion letter. (See Dkt. No. 9.)

Dated:  September 27, 2022
        New York, New York

                                              Victor Marrero
                                              U.S.D.J.