UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/22
```

Capital2Market Consulting, LLC,

                Plaintiff,

- against -

Camston Wrather, LLC,

                Defendant.

22 Civ. 7787 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On October 19, an Order was docketed in this action, 22-Civ. 7787, that was intended for 20-Civ. 7787. (See Dkt. No. 16.) Accordingly, the Clerk of Court is hereby respectfully directed to strike the erroneously filed item from the docket.

**SO ORDERED.**

Dated:    22 October, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.