```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITAL2MARKET CONSULTING, LLC,

                Plaintiff,

- against -

CAMSTON WRATHER, LLC,

                Defendant.

---

22 Civ. 7787 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Defendant Camston Wrather, LLC's December 6, 2022 Letter withdrawing its opposition to Plaintiff Capital2Market Consulting, LLC's Motion for Remand and asking to be excused from compliance with the Court's November 18, 2022 Order. The Court is also in receipt of Plaintiff's December 6, 2022 Letter in response.

    Defendant's request to be excused from compliance with the Court's November 18, 2022 Order is hereby DENIED. Defendant is directed to comply with the Order.

**SO ORDERED.**

Dated:    7 December 2022
           New York, New York

                                              _____
                                                  Victor Marrero
                                                    U.S.D.J.