USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITAL2MARKET CONSULTING, LLC,

            Plaintiff,

- against -

CAMSTON WRATHER, LLC,

            Defendant.

22 Civ. 7787 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Defendant Camston Wrather, LLC's December 7, 2022 Letter requesting a second extension of time to comply with the Court's November 18, 2022 Order requiring Defendant to respond to questions regarding its membership and citizenship. The Court hereby grants Defendant's request for an extension of time until December 9, 2022.

**SO ORDERED.**

Dated:    8 December 2022
            New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.