```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CAPITAL2MARKET CONSULTING, LLC,

                    Plaintiff,

          - against -

CAMSTON WRATHER, LLC,

                    Defendant.

**22 Civ. 7787 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Defendant Camston Wrather, LLC's ("Camston") December 21, 2022 Letter (<u>see</u> Dkt. No. 34) responding to the Court's December 13, 2022 Order to Show Cause (<u>see</u> Dkt. No. 33) why the Court should not award Plaintiff Capital2Market Consulting, LLC ("Capital2Market") attorney's fees and impose other appropriate sanctions relating to this matter based on Camston's repeated misrepresentations to Capital2Market and the Court regarding its membership and citizenship. (<u>Cf.</u> Dkt. Nos. 5, 5-5, 5-6, 5-7, 14, 17; 32, 32-1)

Upon review of Camston's December 21, 2022 Letter and the entire record of this case, the Court finds that Camston made substantial misrepresentations and has offered no persuasive explanation for its lapse in misleading Capital2Market and the Court. Accordingly, the Court hereby awards Capital2Market attorney's fees and costs relating to

the underlying conduct. Capital2Market is directed to submit within ten days documentation of sums expended as a result of Camston's misrepresentations.

**SO ORDERED.**

Dated:     22 December 2022
           New York, New York

_____
           Victor Marrero
           U.S.D.J.