```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CAPITAL2MARKET CONSULTING, LLC,

                Plaintiff,

- against -

CAMSTON WRATHER, LLC,

                Defendant.

**22 Civ. 7787 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the April 9 and 10 letters from defendant Camston Wrather, LLC, confirming payment of attorney's fees per this Court's March 6, 2023 Order. (See Dkt. Nos. 39, 42-43, 43-1.) In light of Camston Wrather's compliance with the Court's March 6, 2023 Order, the Court hereby resolves the Court's April 4, 2023 Order to Show Cause. (See Dkt. No. 41.)

**SO ORDERED.**

Dated:    11 April, 2022
             New York, New York

                                                  Victor Marrero
                                                     U.S.D.J.